**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TODD SMITH, ADC #156111**                                                      **PETITIONER**

**v.**                                        **Case No. 5:17-cv-00249-KGB**

**WENDY KELLEY**                                                                  **RESPONDENT**

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Todd Smith's petition for a writ of *habeas corpus* is dismissed with prejudice.  The relief requested is denied.

It is so adjudged this 28th day of April, 2020.

_____
Kristine G. Baker
United States District Judge